08 JUN 25 PM 4:43

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 2110 JM

UNITED STATES OF AMERICA, ) Criminal Case No. _____
                         )
        Plaintiff,       ) **I N D I C T M E N T**
                         )
    v.                   ) Title 21, U.S.C., Sec. 841(a)(1) -
                         ) Possession of Cocaine with
KARLA EDITH BARBA (1),   ) Intent to Distribute; Title 18,
KARINA GONZALEZ-GAETA (2),) U.S.C., Sec. 2 - Aiding and
                         ) Abetting
        Defendants.      )
_____)

The grand jury charges:

On or about June 11, 2008, within the Southern District of California, defendants KARLA EDITH BARBA and KARINA GONZALEZ-GAETA did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 99.72 kilograms (219.38 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    CHARLOTTE E. KAISER
    Assistant U.S. Attorney

CEK:fer:Imperial
6/20/08