1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFERY T. MILLER)

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR–2110-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE SENTENCING HEARING** |
| KARLA EDITH BARBA, | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE APPEARING**, it is hereby ordered that the Sentencing Hearing set for December 19, 2008, at 9:00 a.m., be rescheduled to ***9:00 a.m.*** on ***January 16, 2009.***

**IT IS SO ORDERED.**

DATED: October 31, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge